# Order

Michigan Supreme Court
Lansing, Michigan

May 31, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159303

THE RESERVE AT HERITAGE VILLAGE
CONDOMINIUM ASSOCIATION,
      Plaintiff,

v

WARREN FINANCIAL ACQUISITION, LLC,
       Defendant-Appellee,
and

HERITAGE VILLAGE SINGLE FAMILY, INC.,
HERITAGE VILLAGE MASTER COMMUNITY
ASSOCIATION, GRAND/SAKWA
PROPERTIES, LLC, GRAND/SAKWA OF
WARREN, LLC, GARY SAKWA, NICK
DONOFRIO, WHITEHALL PROPERTY
MANAGEMENT, INC., CHRISTINE METIVA,
STANLEY L. SCOTT, DAVID A. GANS,
WINNICK HERITAGE VILLAGE, LLC, and
RESERVE MORTGAGE HOLDING, LLC,
       Defendants,
and

THE MEISNER LAW GROUP, P.C., ROBERT M.
MEISNER, and DANIEL P. FEINBERG,
       Appellants.
_____/

SC: 159303
COA: 339765
Macomb CC: 2012-000133-CB

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2019



Clerk